HARMAR ST. C. DENNY, Respondent, *v.* THOMAS A. ENNIS et al., Appellants.

*Denny* v. *Ennis*, 121 App. Div. 894, affirmed.
(Argued June 11, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 9, 1907, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for an alleged unlawful discharge of the plaintiff from employment by defendants.

*John M. Hull* for appellants.

*George C. Riley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.